**B1 (Official Form 1) (12/07)**

| United States Bankruptcy Court |
|---|
| Northern DISTRICT OF Illinois |

**Name of Debtor** (if individual, enter Last, First, Middle): VEGA, RUBEN

**Name of Joint Debtor (Spouse)** (Last, First, Middle): VEGA, JULIE A

**All Other Names used by the Debtor in the last 8 years** (Include married, maiden, and trade names):
VEGA, RUBEN

**All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names):
VEGA, JULIE A.

**Last four digits of Social-Security/Complete EIN or other Tax-I.D. No.** (if more than one, state all): 4623

**Last four digits of Social-Security/Complete EIN or other Tax-I.D. No.** (if more than one, state all): 1096

**Street Address of Debtor** (No. and Street, City, and State):
2033 S. Canalport Avenue
Chicago, Illinois
ZIP: 60616

**Street Address of Joint Debtor** (No. and Street, City, and State):
2033 S. Canalport Avenue
Chicago, Illinois
ZIP: 60616

**County of Residence or of the Principal Place of Business:** Cook

**County of Residence or of the Principal Place of Business:** Cook

**Mailing Address of Debtor** (if different from street address):

**Mailing Address of Joint Debtor** (if different from street address):

**Location of Principal Assets of Business Debtor** (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

---

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/07)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _Signature of Attorney for Debtor(s)_   1/16/08 (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (12/07) | |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Page 3** Name of Debtor(s): Ruben Vega and Julie A. Vega |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Ruben Vega*
Signature of Debtor

X  *Julie A. Vega*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X  *[signature]*
Signature of Attorney for Debtor(s)
James L. Ebersohl
Printed Name of Attorney for Debtor(s)
Firm Name 11212 S. Harlem
Address Worth, Illinois 60482

Telephone Number  708-448-7063
Date  1/16/08

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Ruben Vega
Julie A. Vega

Affordable Pest Control
301 Jackson St.
Aurora, Illinois 60505

AH Financial
1800 W. 18h St.
Chicago, Il. 60606

Allergy & Asthma Clinics/Fox
1315 N. Highland Ave. Suite 202
Aurora, Il. 60506

Alvarez Lawn & Landscaping, Inc.
P.O. Box 4456
Akurora, Il. 60507

American Medical Collection Agency
2269 S. Saw Mill River Road
Bldg. 3
Elmsford, NY. 10523

Providian
% Apex Financial Management, LLC
P.O. Box 2189
Northbrook, Il. 60065-2189

Blue Cross Blue Shield
%APLM Ltd.
1050 W. Kinzie
Chicago, Il. 60622-6537

Arrow Finanancial Services, LLC.
P.O. Box 32995
Phoenix, Arizona 85064-2995

Associated Pediatrics of Fox Valley
1900 Ogden Ave. Ste. 204
Aurora, Il. 60504

Associated Womens Health
2424 W. Indian Trail Ste. A
Aurora, Il. 60506-1588

AT&T
P.O. Box 7215
Indianapolis, In. 46207

Household Bank
%Atlantic Credit & Finance, Inc.
P.O. Box 12966
Roanoke, Va. 24030-2966

Best Buy
P.O. Box 17298
Baltimore, Md. 21297-1298

Bester Foot & Ankle Care, Ltd.
2242 Ogden Ave.
Aurora, Il. 60504

Chicago Tribune Co.
Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, Il. 60188-7410

Capital One
P.O. Box 70886
Charlotte, N.C. 28272-9903

Career Builder LLC.
1304 Collection Center Drive
Chicago, Il. 6093-0130

Carson Pirie Scott
P.O. Box 17264
Baltimore, Md. 21297-1264

Peoples Gas
%CCA
P.O. Box 601
Norwell, Ma. 02061-0601

Citicorp Credit Services, Inc.
%Alliance Rec. Mngt. Inc.
P.O. Box 21882
Eagan, Mn. 55121-0882

Old Second National IBank
%Credit Management Services

25 Northwest Point Blvd. #750
Elk Grove Village, Il. 60007

Culver Properties LLC.
23W350 Pelham Ct.
Naperville, Il. 60540

Erie Insurance Co.
%Brennan & Clark Ltd.
721 E. Madison Ste. 200
Villa Park, Il. 60181

Capital One
%First Source Advantage, LLC.
P.O. Box 628
Buffalo, NY 14240-0628

G&A Landscaping Inc.
2600 Dorothy Drive
Aurora, Il. 69504

HFC
P.O. Box 17574
P.O. Box 17574
Baltimore, Md. 21297-1574

HSBC
P.O. Box 4144
Carol Stream, Il. 60197-4144

HSBC
%Account Solutions Group, LLC
P.O. Box 628
Buffalo, NY. 14240-0628

HSBC
%Accounts Receivable Management, Inc.
P.O. Box 129
Thorofare, NJ 08086-0120

Career Builder
%IC Commercial Service
4012 Gunn Highway Ste. 250
Tampa, Fl. 33616

Illinois Audio Productions Inc.

3906 Turner Ave.
Plano, Il. 60545

James Figueroa
P.O. Box 323
Montgomery, Il. 60538

James Jensen
149 S. Lincolnway, Ste. 200
North Aurora, Il. 60542

John's Heating & Air Conditioning
3825 W. 31st Street
Chicago, Il. 60623

Metropolitan Bank & Trust Co.
2201 W. Cermank Rd.
Chicago, Il. 60608

Commonwealth Edison
%NCO Financial System Inc.
P.O. Box 15740
Wilmington, De. 19850-5740

Credit One Bank
%NCO Financial System Inc.
P.O. Box 61247 Dept. 64
Virginia Beach, Va. 23462

Capital One
%NCO Financial Sytem Inc.
P.O. Box 61247 Dept. 64
Virginia Beac h, Va. 23462

Refrigeration Unlimited, Inc.
P.O. Box 226
Bristol, Il. 60512

RLH Signs LLC
116 Astoria
Springfield, Il. 62704

Rush Copley Health Plex
1900 Ogden Ste. 204
Aurora, Il. 60604

Sears Gold Mastercard
P.O. Box 183082
Columbus, OH 43216-3082

Service Master Clean
445 Gunderson Dr.
Carol Stream, Il. 60188

Smith Tower
23W350 Pelham Ct.
Naperville, Il. 60540

Prairie View Orthodontics
2121 West Galena Blvd.
Aurora, Il. 60506

The Empowerment Group, Inc.
1020 W. Fullerton Ave. Suite C
Addison, Il. 60101

The Office Works, Inc.
P.O. Box 173
Plano, Il. 60645

Vans Lock & Key
214 S. River St.
Aurora, Il. 60506

Capital One
%Viking Collection Service, Inc.
P.O. Box 59207
Minneapolis, MN. 55459-0207

Washington Mutual Card Services
P.O. Box 660487
Dallas, Tx. 75266-0487

DSNB/Macy's
%Van Ru Credit Corporation
10024 Skokie Blvd. Suite 2
Skokie, Il. 60077-1109

Amber Fields Homeowners
%Foster Premier, Inc.
750 Cook Road #190
Buffalo Grove, Il. 60089

Susan O'Mara
222 58th Place
Claredon Hills, Il. 60514

Art Craft Aluminum LLC
%Baker,Miller,Markoff & Krasny,LLC
29 N. Wacker Dr. 5th fl.
Chicago, Il. 60606

Jazmine White
Jaimie White
%Ned C. Khan
330 N. Broadway
Aurora, Il. 60505

Saxon Mortgage
P.O. Box 161489
Ft. Worth, Tx. 76161-1489

Countrywide Home Loans
P.O. Box 650070
Dallas, Tx. 75265-0070

Countrywide Home Loans
P.O. Box 650070
Dallas, Tx. 75265-0070

Internal Revenue Service
Bankruptcy Department
230 S. Dearborn
Chicago, Il. 60604

Landsafe Inc.
P.O. Box 650530
Dallas, Tx. 75265-9407

Citicorp Vendor Finance, Inc.
P.O. Box 7247-0118
Philadelphia, Pa. 19170-0118

Chicago Office Technology
900 N. Arlington Heights Rd. St. 300
Itasca, Il. 60143

AAdvance Lock & Key Col.

225 Parkside Lane
Oswego, Il. 60543

Avaya Inc.
%ABC/Amega
1100 Main street
Buffalo, NY 14209-2356

Buchner Heating & Air Conditioning
41 West New York St.
Aurora, Il. 60506

LA Messenger Service Corp.
7456 N. Waukegan Rd.
Niles, Il. 60714

MPower Communications
P.O. Box 60767
Los Angeles, Ca. 90060-0767

Angelica Vasquez
%Charles A. Johnson
684 W. Boughton, Ste. 203
Bolingbrook, Il. 60440