## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vega, Ruben
Vega, Julie A
Printed: 4/1/08

Case Number:  08 B 00999
Judge:  Squires, John H
Filed:  1/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  March 26, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 6. | Vans Lock & Keys | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 0.00 | 0.00 |
| 8. | Associated Women's Health | Unsecured | 0.00 | 0.00 |
| 9. | Capital One | Unsecured | 0.00 | 0.00 |
| 10. | Associated Women's Health | Unsecured | 0.00 | 0.00 |
| 11. | Calver Properties | Unsecured | 0.00 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 13. | Smith Tower | Unsecured | 0.00 | 0.00 |
| 14. | Smith Tower | Unsecured | 0.00 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 17. | Culver Properties | Unsecured | 0.00 | 0.00 |
| 18. | Providian | Unsecured | 0.00 | 0.00 |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Vega, Ruben

Vega, Julie A

Printed:  4/1/08

Case Number:  08 B 00999

Judge:  Squires, John H

Filed:  1/17/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

